UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Arias

    v.                                      Case No. 17-cv-516-SM

U.S. Government, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 7, 2018, for the reasons set forth therein. The Bivens claims brought against the individual agents will be served and the remaining claims dismissed.

So Ordered.

_____
Steven J. McAuliffe
United States District Judge

Date: May 22, 2018

cc: Robert Arias, pro se